CASTLE APARTMENTS, INC. *v.* ROBERT MICHALIK ET AL.

The petition for certification by the intervening defendants Willard V. Corbett et al. for appeal from the Court of Common Pleas in Hartford County is denied.

*David J. Harrigan,* in support of the petition.

*Edward J. McMahon,* in opposition.

Submitted March 28—decided April 2, 1974

STATE OF CONNECTICUT *v.* PATRICK MENILLO

The plaintiff's motion that, under Practice Book § 692, the record in the case be completed and perfected for presentation of the issues to this court in the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Francis M. McDonald, Jr.,* state's attorney, in support of the motion.